## (September 26, 1961)

■ In the Matter of ANTHONY MITRIONE, Appellant, v. CITY OF GLENS FALLS, Respondent.—

718

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

In decisions Nos. 2–5 the court is as follows: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.